**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**STEPHEN ELLIOT POWERS**                                      **PETITIONER**

**VS.**                                             **CIVIL ACTION NO. 2:07CV20HTW**

**COMMISSIONER CHRISTOPHER B. EPPS,
MISSISSIPPI DEPARTMENT OF
CORRECTIONS, SUPERINTENDENT
LAWRENCE KELLY and MISSISSIPPI
STATE PENITENTIARY**                                          **RESPONDENTS**

## ORDER SETTING BRIEFING SCHEDULE

The parties having submitted the Petition for Writ of Habeas Corpus and the Answer that was earlier ordered by the Court, it is now appropriate that a briefing schedule be set, so that the issues raised in those pleadings may be more thoroughly discussed and supported by legal authority.

IT IS, THEREFORE, ORDERED that the parties may submit briefs on the issues raised in their pleadings, in accordance with the following schedule:

1. The Petitioner shall submit a memorandum of authorities in support of his Petition for Writ of Habeas Corpus within ninety days of the date of this Order.

2. The Respondents may submit a responsive memorandum within sixty days of service of the Petitioner's brief.

3. The Petitioner may submit a reply memorandum within forty-five days of service of the Respondent's brief.

IT IS SO ORDERED this the 20th day of August, 2008.

                                                   s/Henry T. Wingate
                                                 CHIEF UNITED STATES DISTRICT JUDGE